# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, **Christopher E. Roberts**, an active member in good standing of the Bar of the United States District Court for the Western District of Missouri, request that this court admit pro hac vice, **Jacob U. Ginsburg**, an attorney admitted to practice in a United States District Court, but not admitted to the Bar of this court, who will be counsel for the **Plaintiff Velma J. Howell**, in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of said case(s), and that I accept service of all papers served. I also understand and agree that if the admittee does not sign up to receive CM/ECF filings, I will be responsible for notifying the admittee of all papers served by CM/ECF.

| | |
|---|---|
| /s/ Christopher E. Roberts | 61895 |
| **Signature of Movant/Attorney** | **MO Bar Number** |
| 01/18/2023 | Butsch Roberts & Associates LLC |
| **Date** | **Address** |
| 314-863-5700 | 231 S. Bemiston Avenue, Suite 260 |
| **Phone** | Clayton, Missouri 63105 |

### Affidavit of Proposed Admittee

I, **Jacob U. Ginsburg**, certify that I reside outside the boundaries of the Western District of Missouri and I am not admitted to the Bar of this court. I am a member in good standing in the state(s) of **PA, NJ and MI** and the United States District Court(s) of **see attached**. (Attach additional page if necessary.) Pursuant to Local Rule 83.5(h), I certify I am a member in good standing in all bars of which I am a member. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served. I am aware that I can register to receive CM/ECF filings. I understand and agree that should I choose not to register for CM/ECF, I will arrange with movant to keep me advised of papers served and filed in this case.

| **Case Number(s):** | **Case Title(s)** |
|---|---|
| 4:23-cv-00040 | Howell v SmartMatch Insurance Agency, LLC |

| | |
|---|---|
| **Date:** 01/18/2-23 | **Signature:** /s/ Jacob U. Ginsburg |
| **State Bar of Residence & Bar Number:** Pennsylvania: 311908 | **Address:** 30 E. Butler Ave., Ambler, PA 19002 |
| **Phone:** 267 468 5374 | **Email:** jginsburg@creditlaw.com |

Pursuant to WDMO Local Rule 83.5(h) a fee of $100 is required for each case in which the attorney is seeking admittance.

# COURT ADMISSIONS FOR JACOB U. GINSBURG

## State Court Admissions

| State | Bar Number | Admitted | Current Status |
|---|---|---|---|
| Commonwealth of Pennsylvania | 311908 | 10/24/2011 | Active/Good Standing |
| State of New Jersey | 039312011 | 11//02/2011 | Active/Good Standing |
| State of Michigan | P84351 | 07/08/2020 | Active/Good Standing |

## Federal Court Admissions

| Federal District | ID Number | Admitted | Current Status |
|---|---|---|---|
| Eastern District of Pennsylvania | N/A | 11/02/2011 | Active/Good Standing |
| Western District of Pennsylvania | N/A | 12/08/2011 | Active/Good Standing |
| District of New Jersey | JG2442 | 12/10/2011 | Active/Good Standing |
| Middle District of Pennsylvania | N/A | 02/12/2016 | Active/Good Standing |
| Eastern District of Michigan | N/A | 11/15/2018 | Active/Good Standing |
| Northern District of Ohio | N/A | 02/11/2019 | Active/Good Standing |
| Eastern District of Texas | N/A | 11/12/2020 | Active/Good Standing |
| Eastern District of Wisconsin | N/A | 01/04/2021 | Active/Good Standing |
| Northern District of Texas | N/A | 02/05/2021 | Active/Good Standing |
| Southern District of Texas | 3568914 | 07/01/2021 | Active/Good Standing |
| Southern District of Indiana | N/A | 08/18/2021 | Active/Good Standing |
| Eastern District of Arkansas | N/A | 09/01/2021 | Active/Good Standing |
| Western District of Arkansas | NA | 09/01/2021 | Active/Good Standing |
| Northern District of Illinois | NA | 10/13/2021 | Active/Good Standing |
| Western District of Texas | NA | 10/18/2021 | Active/Good Standing |
| Ninth Circuit Court of Appeals | NA | 08/11/2022 | Active/Good Standing |
| Third Circuit Court of Appeals | NA | 09/12/2022 | Active/Good Standing |