IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **VELMA JUANITA HOWELL**, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SMARTMATCH INSURANCE AGENCY, LLC**<br><br>Defendant. | Case No. 4:23-cv-00040-BCW |

## NOTICE OF SETTLEMENT

The parties respectfully notify this Court that the parties have agreed in principle to settle the above-captioned matter. The parties are in the process of finalizing the settlement agreement and stipulated dismissal. The parties intend to file the dismissal within 30 days. Defendant is filing this notice with the Plaintiff's approval and consent.

Dated: November 3, 2023        Respectfully submitted,

                                          /s/ *William E. Raney*
                                          William E. Raney

                                          COPILEVITZ, LAM & RANEY, P.C.
                                          William E. Raney, MO #46954
                                          Kellie Mitchell Bubeck, MO #65573
                                          Colin Gregory, MO #72820
                                          310 W. 20th Street, Suite 300
                                          Kansas City, Missouri 64108
                                          Telephone: (816) 472-9000
                                          Facsimile: (816) 472-5000
                                          Email: braney@clrkc.com
                                                         kbubeck@clrkc.com
                                                         cgregory@clrkc.com

*Attorneys for SmartMatch Insurance Agency, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing on the following parties via the Court's CM/ECF electronic filing system on this 3rd day of November 2023:

Christopher E. Roberts
Butsch Roberts & Associates LLC
231 S. Bemiston Avenue, Suite 260
Clayton, Missouri 63105
Telephone: (314) 863-5700
Facsimile: (314) 863-5711
Email: croberts@butschroberts.com

Jacob U. Ginsburg
Kimmel & Silverman, P.C.
30 East Butler Avenue
Ambler, Pennsylvania 19002
Telephone: (215) 540-8888
Facsimile: (877) 788-2864
Email: jginsburg@creditlaw.com
       teamkimmel@creditlaw.com

                                           */s/ William E. Raney*
                                           William E. Raney

3
Case 4:23-cv-00040-BCW   Document 41   Filed 11/03/23   Page 3 of 3